442 A.2d 338

Commonwealth, Appellant v. Primavera.

616

Submitted November 5, 1981. Maxine J. Stotland, Assistant District Attorney, for Commonwealth, appellant; Elaine DeMasse, Assistant Public Defender, for appellee.

Before BROSKY, POPOVICH and MONTGOMERY, JJ.

The judgment of sentence is hereby affirmed.

POPOVICH, J., filed a memorandum concurring statement.